magistrate refused a reasonable adjournment to enable defendant to procure the attendance of a witness; also because she was deprived of the aid of counsel. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. THE STATEN ISLAND RAILWAY COMPANY and Others, Respondents. (Action No. 1.) — Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

CATHARINE L. SURPLESS, Appellant, v. OLIVER BOYD SURPLESS and Others, Respondents.— Judgment affirmed, without costs. No opinion. Manning, Kelby and Young, JJ., concur; Kelly, P. J., and Kapper, J., dissent upon the ground that the provisions of the will are not inconsistent with the plaintiff's right to dower.

WORTHINGTON WHITEHOUSE, INC., Appellant, v. I. HARRY WALKER, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

THE ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, LIMITED, OF ZURICH, SWITZERLAND, Respondent, v. UNION FERRY COMPANY OF NEW YORK AND BROOKLYN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

JOSEPHINE R. FULTON, Respondent, v. THE SUPREME COUNCIL, CATHOLIC BENEVOLENT LEGION, Appellant.— Motion for reargument or for leave to appeal to the Court of Appeals denied, without costs. Present — Rich, Jaycox, Manning, Kelby and Young, JJ.

In the Matter of CHARLES W. CHURCH, JR., an Attorney.— Report of referee confirmed and respondent's name stricken from the roll of attorneys. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

ANDREW McTIGUE COMPANY, INC., Respondent, v. COUNTRY HOME CONSTRUCTION COMPANY, INC., Appellant.— Order denying motion to set aside verdict affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.

ANDREW McTIGUE COMPANY, INC., Respondent, v. COUNTRY HOME CONSTRUCTION COMPANY, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Kelly, P. J., Rich, Manning and Kapper, JJ., concur; Jaycox, J., dissents.

MALCHA P. BANCROFT, Appellant, v. GEORGE DUNAN BANCROFT and Others, Respondents.— Judgment unanimously affirmed, without costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

MALCHA P. BANCROFT, Appellant, v. SAMUEL SIEGLER and Others, Respondents.— Judgment unanimously affirmed, without costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

DENNIS F. CHAMBERS and Another, Respondents, v. THE SUPREME COUNCIL, CATHOLIC BENEVOLENT LEGION, Appellant.— Judgment unanimously affirmed, with costs, upon authority of *Everett* v. *Supreme Council, C. B. L.* (203 App. Div. 765). In our opinion the reversal of that case in the Court of Appeals [See *Everett* v. *Supreme Council C. B. L.*, 236 N. Y. 62] does not affect the questions involved here. Present — Rich, Jaycox, Manning, Kelby and Young, JJ.

THE COAL AND IRON NATIONAL BANK, Appellant, v. AARON H. HOUTMAN and Others, Respondents. (Appeal No. 2.) — Order reversed on the law and